**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7639**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

FARUQ C. A. SHAFIQ,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:03-cr-00338-JRS-1)

Submitted:  June 17, 2010                Decided:  June 23, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Faruq C. A. Shafiq, Appellant Pro Se.  Sara Elizabeth Chase, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faruq C. A. Shafiq appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Shafiq, No. 3:03-cr-00338-JRS-1 (E.D. Va. Aug. 10, 2009). We deny Shafiq's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED